UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KIRTSEN KISSINGER-CAMPBELL,

    Plaintiff,

vs.                                        CASE NO. 8:08-cv-568-T-27TBM

C. RANDALL HARRELL, M.D., P.A.,
and C. RANDALL HARRELL, M.D.,

    Defendants.
_____/

## ORDER

Pursuant to the verdict rendered in this action on June 4, 2009, it is **ORDERED AND ADJUDGED** that Plaintiff, KIRTSEN KISSINGER-CAMPBELL, recover jointly and severally from Defendants, C. RANDALL HARRELL, M.D., P.A., 34156 US Highway 19 North, Palm Harbor, Florida, 34684; and C. RANDALL HARRELL, M.D., 1972 MacGregor Road, Tarpon Springs, Florida, 34689, the sum of $150,000.00 (One Hundred Fifty Thousand Dollars), that shall bear interest at the statutory rate, for which let execution issue. The Court expressly reserves jurisdiction for all proceedings relating to the award of prevailing party's taxable costs and entry of judgment thereon. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida this 15th day of June, 2009.

                                                      JAMES D. WHITTEMORE
                                                      United States District Judge

Copies to:
Counsel of Record